UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

NALDO REYES,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK; COMMISSIONER MARTIN F. HORN; WARDEN JOHN DOE # 1; CAPTAIN WILLIAMS; C.O. GATOR; C.O. HOUSTON; C.O. McCOY; and C.O. JANE DOE # 1; the individual defendants sued individually and in their official capacities,

                                      Defendants.

------------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDUCE**

08 CV 4898 (CM)

ECF Case

        PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily dismisses this action without prejudice.

DATED:    New York, New York
              August 19, 2008

                                              MICHAEL O. HUESTON, ESQ.
                                              *Attorney for Plaintiff*
                                              350 Fifth Avenue, Suite 4810
                                              New York, New York 10118
                                              (212) 643-2900
                                              mhueston@nyc.rr.com
                                              By:

                                              _____/s/_____
                                              MICHAEL O. HUESTON (MH-0931)

To:        Brian Francola, Esq. (by ECF/ Facsimile)
             *Attorney for Defendants*